IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMAN PATTERSON, | ) | No. C 08-5423 MMC (PR) |
| Petitioner, | ) ) | **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME** |
| v. | ) ) | |
| LARRY SMALL, Warden, | ) | **(Docket No. 7)** |
| Respondent. | ) ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, respondent's motion for an extension of time to file a response to the petition is hereby GRANTED. Respondent shall file his response to the petition no later than December 14, 2009. Within **thirty** days of the date such response is filed, petitioner shall file with the Court and serve on respondent a responsive pleading thereto. If respondent files a motion to dismiss, respondent shall file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket No. 7

IT IS SO ORDERED.

DATED: October 23, 2009

_____
MAXINE M. CHESNEY
United States District Judge