IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMAN PATTERSON,

        Petitioner,

  v.

LARRY SMALL, Warden,

        Respondent.
                                             /

No. CV-08-5423 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the respondent's motion to dismiss the petition as untimely is hereby GRANTED.

Dated: August 6, 2010                                      Richard W. Wieking, Clerk

                                                                        *Tracy Lucero*

                                                                  By: <u>Tracy Lucero</u>
                                                                     <u>Deputy Clerk</u>